UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------
                                                   :
  GANGA BHAVANI MANTENA,                            :
                                                   :        17cv5142
                        Plaintiff,                 :
                                                   :        SCHEDULING ORDER
          -against-                                :
                                                   :
  MARK J. HAZUDA, *Director of the United States*  :
  *and Immigration Services' Nebraska Services*    :
  *Center, et al.,*                                :
                                                   :
                        Defendants.                :
                                                   :
------------------------------------------------   :

WILLIAM H. PAULEY III, Senior United States District Judge:

          The parties having appeared for a pre-motion conference on May 3, 2018, this

Court adopts the following schedule:

          1.      Defendants shall file any motion to dismiss by June 5, 2018.

          2.      Plaintiff shall file any opposition brief by June 19, 2018.

          3.      Defendants shall file any reply brief by June 26, 2018.

          4.      Oral argument on Defendants' motion shall be held on July 12, 2018 at
                  2:00 p.m.

Dated: May 3, 2018                          SO ORDERED:
       New York, New York

                                            _____
                                            WILLIAM H. PAULEY III
                                            U.S.D.J.