

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

May 30, 2018

<u>*By ECF*</u>

The Honorable William H. Pauley, III
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Mantena v. USCIS, et al.,* 17 Civ. 5142 (WHP)

Dear Judge Pauley:

      On behalf of the government, I write respectfully to request a modification of the briefing schedule on the government's motion to dismiss.  Plaintiff's counsel consents to this application.  Both parties have agreed to the proposed revised scheduling order below:

      Government's Motion:      June 13, 2018

      Plaintiff's Opposition:      June 27, 2018

      Government's Reply:      July 5, 2018

      As the Court is aware, this case is an APA action in which the plaintiff seeks an order directing U.S. Citizenship and Immigration Services ("USCIS") to set aside her denied I-485 adjustment-of-status applications, I-131 application for travel document, and I-765 application for employment authorization.  On May 26, 2018, opposing counsel sent this office a proposed stipulation resolving this action.  Therefore, the government requests a modification of the briefing schedule to provide the parties with time to consider and discuss the details of the proposed stipulation.

The Honorable William H. Pauley, III
May 30, 2018
Page 2

       I thank the Court for its consideration of this request.

                                Respectfully,

                                GEOFFREY S. BERMAN
                                United States Attorney for the
                                Southern District of New York

                 By:    */s/* Nelsy De La Nuez
                          Nelsy De La Nuez
                          Special Assistant United States Attorney
                          Tel.   (212) 637-2770
                          Fax   (212) 637-2786

cc:       Counsel of record *(by ECF)*