UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GANGA BHAVANI MANTENA, <br><br> Plaintiff, <br><br> - against - <br><br> DEPARTMENT OF HOMELAND SECURITY; *et al.*, <br><br> Defendants. | ECF CASE <br><br> No. 17 Civ. 5142 (WHP) <br><br> NOTICE OF APPEARANCE |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case as additional counsel for Defendants.

Date:   New York, New York
        July 19, 2018

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:   _____/s/_____
      BRANDON M. WATERMAN
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Telephone: (212) 637-2741
      Facsimile:  (212) 637-2786
      Email: brandon.waterman@usdoj.gov