UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------

GANGA BHAVANI MANTENA,

        Plaintiff,

-against-

MARK J. HAZUDA, *Director of the United States and Immigration Services' Nebraska Services Center, et al.*,

        Defendants.

---------------------------------------------------

17cv5142

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

The parties having appeared for a status conference on November 26, 2019, this Court adopts the following schedule:

1. Plaintiff is directed to file her Third Amended Complaint, which shall be deemed timely filed nunc pro tunc.

2. Plaintiff is directed to file her Fourth Amended Complaint by January 10, 2020.

3. The Government shall file an answer or a letter requesting a pre-motion conference by January 24, 2020.

4. The parties are directed to appear for a status conference on January 31, 2020 at 10:00 a.m.

Dated: December 6, 2019
      New York, New York

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.