UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

GANGA BHAVANI MANTENA,

        Plaintiff,

     -against-

MARK J. HAZUDA, *Director of the United States and Immigration Services' Nebraska Services Center, et al.*,

        Defendants.

------------------------------------

17cv5142

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

The parties having appeared for a status conference on January 31, 2020, this Court adopts the following schedule:

1. Defendants shall file the Certified Administrative Record by March 24, 2020;

2. Plaintiff shall file her motion for summary judgment by May 8, 2020;

3. Defendants shall file their cross motion for summary judgment, as well as their opposition to Plaintiff's motion by June 22, 2020;

4. Plaintiff shall file her reply to Defendants' opposition, as well as her opposition to Defendants' cross motion by July 22, 2020;

5. Defendants shall file their reply to Plaintiff's opposition by August 5, 2020;

6. The parties shall appear for oral argument on September 10, 2020 at 11:00 a.m.

Dated: January 31, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.