Michael E. Piston
Attorney for Plaintiff
225 Broadway Ste 307
New York, NY 10007
646-845-9895
Fx: 206-770-6350
michaelpiston4@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GANGA BHAVANI MANTENA**<br><br>Plaintiff,<br><br>vs.<br><br>**DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES , MARK J. HAZUDA, Director of the United States Citizenship and Immigration Services' Nebraska Service Center**<br><br>Defendants. | Case No.: 1:17-cv-05142<br><br>JUDGE WILLIAM H. PAULEY III<br><br>PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON HER THIRD AMENDED COMPLAINT |

1

Plaintiff moves the Court for Summary Judgment on its Third Amended Complaint under Rule 56 of the Federal Rules of Civil Procedure on the grounds that there is no genuine dispute as to any material fact and the plaintiff is entitled to judgment as a matter of law.

Respectfully Submitted this 8th day of July  2020

s/*Michael E. Piston*
Michael E. Piston
Attorney for the Plaintiff
225 Broadway 3rd Floor
New York, NY 10007
Ph: 646-845-9895
Fax: 206-770-6350
Michaelpiston4@gmail.com