Michael E. Piston
Attorney for Plaintiff
225 Broadway Ste 307
New York, NY 10007
646-845-9895
Fx: 206-770-6350
michaelpiston4@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GANGA BHAVANI MANTENA**<br><br>Plaintiff,<br><br>vs.<br><br>**DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES , MARK J. HAZUDA, Director of the United States Citizenship and Immigration Services' Nebraska Service Center**<br><br>Defendants. | Case No.: 1:17-cv-05142<br><br>JUDGE WILLIAM H. PAULEY III<br><br>PLAINTIFF'S PROPOSED ORDER GRANTING HER MOTION FOR SUMMARY JUDGMENT ON HER THIRD AMENDED COMPLAINT |

## ORDER

### GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' motion for summary judgment is **GRANTED**; Defendant's cross-motion for summary judgment is **DENIED**. It is hereby:

**ORDERED** that the case shall be remanded to United States Citizenship and Immigration Services for reconsideration consistent with the Court's Memorandum Opinion; and it is

**FURTHER ORDERED** that such reconsideration shall be completed in no more than ninety days.

**SO ORDERED**.

Dated:

_____
United States District Judge